IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Clarksburg Division

| | |
|---|---|
| **PAOLO FARAH,**<br><br>*Plaintiff*,<br><br>v.<br><br>**WEST VIRGINIA UNIVERSITY BOARD OF GOVERNORS, SAMUEL TAYLOR, CODY STEWART, JESSE RICHARDSON, MAJA HOLMES, KAREN KUNZ, and CHRISTOPHER PLEIN,**<br><br>*Defendants.* | Case No. 1:22-cv-153-TSK<br>The Hon. Thomas S. Kleeh |

**STIPULATION OF VOLUNTARY DISMISSAL**
**OF INDIVIDUAL DEFENDANTS COLYER AND DEFRANK-COLE**

Plaintiff, by and through undersigned counsel, hereby voluntarily dismisses Defendants Corey Colyer and Lisa DeFrank-Cole from the instant matter.

Date: May 17, 2023

Respectfully submitted,

/s/Adam Augustine Carter
R. Scott Oswald, *admitted pro hac vice*
Adam Augustine Carter, *admitted pro hac vice*
The Employment Law Group, P.C.
1717 K Street NW, Suite 1110
Washington, D.C. 20006
(202) 261-2806 (telephone)
soswald@employmentlawgroup.com
acarter@employmentlawgroup.com

1

        Drew M. Capuder, Esq.
        Capuder Fantasia PLLC
        1543 Fairmont Avenue, Suite 101
        Fairmont, WV 26554
        (304) 333-5261
        dcapuder@capuderfantasia.com
        *Counsels for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 17, 2023, a true and correct copy of the foregoing, was delivered electronically to counsel for Defendants:

Wendy Adkins, Esq.
150 Clay Street, Suite 500
Morgantown, WV 26501
Office: (304) 284-4136
Fax: (304) 284-4156
wgadkins@jacksonkelly.com
*Counsel for Defendant West Virginia University Board of Governors et. al.*

/s/ *Adam Augustine Carter*
Adam Augustine Carter