# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
# Clarksburg Division

| | |
|---|---|
| **PAOLO FARAH,**<br><br>*Plaintiff*,<br><br>v.<br><br>**WEST VIRGINIA UNIVERSITY BOARD OF GOVERNORS, SAMUEL TAYLOR, CODY STEWART, JESSE RICHARDSON, MAJA HOLMES, KAREN KUNZ, and CHRISTOPHER PLEIN,**<br><br>*Defendants.* | Case No. 1:22-cv-153-TSK<br>The Hon. Thomas S. Kleeh |

### RULE 41(a) NOTICE OF VOLUNTARY DISMISSAL
### OF INDIVIDUAL DEFENDANTS COLYER AND DEFRANK-COLE

Plaintiff, by and through undersigned counsel, hereby voluntarily dismisses Defendants Corey Colyer and Lisa DeFrank-Cole from the instant matter.

Date: May 24, 2023

Respectfully submitted,

*/s/ Drew M. Capuder*
Drew M. Capuder, Esq.
Capuder Fantasia PLLC
1543 Fairmont Avenue, Suite 101
Fairmont, WV 26554
(304) 333-5261
dcapuder@capuderfantasia.com

R. Scott Oswald, *admitted pro hac vice*

1

                                      Adam Augustine Carter, *admitted pro hac vice*
                                      The Employment Law Group, P.C.
                                      1717 K Street NW, Suite 1110
                                      Washington, D.C. 20006
                                      (202) 261-2806 (telephone)
                                      soswald@employmentlawgroup.com
                                      acarter@employmentlawgroup.com

                                      *Counsels for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 24, 2023, a true and correct copy of the foregoing, was delivered electronically to counsel for Defendants:

Wendy Adkins, Esq.
150 Clay Street, Suite 500
Morgantown, WV 26501
Office: (304) 284-4136
Fax: (304) 284-4156
wgadkins@jacksonkelly.com
*Counsel for Defendant West Virginia University*
*Board of Governors et. al.*

　　　　　　　　　　　　　　　　　　　　　　　/s/ *Adam Augustine Carter*
　　　　　　　　　　　　　　　　　　　　　　　Adam Augustine Carter