IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Clarksburg Division

**PAOLO FARAH,**

    **Plaintiff,**

v.                                         NO     1:22-CV-153 TSK

**WEST VIRGINIA UNIVERSITY
BOARD OF GOVERNORS, SAMUEL TAYLOR,
CODY STEWART, JESSE RICHARDSON,
MAJA HOLMES, KAREN KUNZ,
CHRISTOPHER PLEIN, COREY COLYER,
And LISA DEFRANK-COLE,**

    **Defendants**

**JOINT STIPULATION BETWEEN PLAINTIFF AND DEFENDANTS TO EXTEND
TIME IN WHICH TO PRODUCE INITIAL DISCLOSURES**

    Plaintiff Paolo Farah, by his counsel, and Defendants, West Virginia University Board of Governors, Samuel Taylor, Cody Stewart, Jesse Richardson, Maja Holmes, Karen Kunz, Christopher Plein, Corey Colyer, and Lisa Defrank-Cole (collectively "Defendants"), by their counsel, submit this agreed joint stipulation to extend the deadline for exchange of Initial Disclosures 30 days from August 21, 2023 to September 20, 2023.

**PREPARED AND AGREED TO BY:**

*/s/ Wendy G. Adkins*
Wendy G. Adkins, Esquire (WVSB #9412)
JACKSON KELLY PLLC
150 Clay Street, Suite 500
Morgantown, WV  26501
Tel: 304-284-4136
wgadkins@jacksonkelly.com

and

Laura Hoffman Lorensen, Esquire (WVSB #12748)
JACKSON KELLY PLLC
500 Lee Street, East, Suite 1600
Post Office Box 553
Charleston, West Virginia 25322
Tel: (304) 340-1104
laura.lorensen@jacksonkelly.com

**AGREED TO BY:**

*/s/ Adam Augustine Carter*
R. Scott Oswald, *pro hac admitted*
Adam Augustine Carter, *pro hac admitted*
The Employment Law Group, P.C.
1717 K Street NW, Suite 1110
Washington, D.C. 20006
(202) 261-2806
soswald@employmentlawgroup.com
acarter@employmentlawgroup.com

and

*/s/ Drew M. Capuder*
Drew M. Capuder, Esq. (WVSB #9053)
Capuder Fantasia PLLC
1543 Fairmont Avenue, Suite 101
Fairmont, WV 26554
(304) 333-5261
dcapuder@capuderfantasia.com
*Counsel for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Clarksburg Division

**PAOLO FARAH,**

    **Plaintiff,**

v.                                           NO      1:22-CV-153 TSK

**WEST VIRGINIA UNIVERSITY
BOARD OF GOVERNORS, SAMUEL TAYLOR,
CODY STEWART, JESSE RICHARDSON,
MAJA HOLMES, KAREN KUNZ,
CHRISTOPHER PLEIN, COREY COLYER,
And LISA DEFRANK-COLE,**

    **Defendants**

## CERTIFICATE OF SERVICE

I, Drew M. Capuder, hereby certify that on August 18, 2023, I electronically filed the foregoing with the using the CM/ECF system, which will send notification of such filing to the following:

Adam Augustine Carter, *pro hac admitted*
The Employment Law Group, P.C.
1717 K Street NW, Suite 1110
Washington, D.C. 20006
(202) 261-2806
acarter@employmentlawgroup.com

Wendy G. Adkins, Esquire (WVSB #9412)
JACKSON KELLY PLLC
150 Clay Street, Suite 500
Morgantown, WV  26501
Tel: 304-284-4136
wgadkins@jacksonkelly.com

                                                                  */s/ Drew M. Capuder*
                                                   *Drew M. Capuder, Esq. (WVSB #9053)*