**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**
**Clarksburg Division**

**PAOLO FARAH,**

      **Plaintiff,**

v.                                           **Case No. 1:22-cv-153-TSK**
                                               **Judge Thomas S. Kleeh**

**WEST VIRGINIA UNIVERSITY**
**BOARD OF GOVERNORS, SAMUEL TAYLOR,**
**CODY STEWART, JESSE RICHARDSON,**
**MAJA HOLMES, KAREN KUNZ,**
**CHRISTOPHER PLEIN, COREY COLYER,**
**and LISA DEFRANK-COLE,**

      **Defendants.**

**STIPULATION TO EXTEND DEADLINE TO FILE MOTION TO COMPEL**

On September 20, 2023, Defendant West Virginia University Board of Governors (the "WVUBOG") served its First Set of Interrogatories and Requests for Production of Documents upon Plaintiff Paolo Farah ("Plaintiff"). (ECF No. 40.) On October 20, 2023, Plaintiff served his responses. (ECF Nos. 45, 46.)

By letter dated November 6, 2023, the WVUBOG notified Plaintiff of several deficiencies regarding his discovery responses. Plaintiff has agreed to supplement his discovery responses by December 20, 2023, in light of obtaining new counsel as of November 8, 2023. (ECF No. 51.) Accordingly, the parties hereby stipulate and agree, by counsel, that the 30-day deadline for filing a motion to compel regarding the above-referenced discovery responses shall be extended until January 20, 2024. This extension will not interfere with the Scheduling Order.

Respectfully submitted this 15th day of November, 2023.

*/s/ Wendy G. Adkins*
Wendy G. Adkins (WVSB # 9412)
Jackson Kelly PLLC
3000 Swiss Pine Way, Suite 200
Morgantown, West Virginia 26501
Telephone: 304-284-4100
Facsimile: 304-284-4142
wgadkins@jacksonkelly.com

and

Laura H. Lorensen (WVSB # 12748)
Jackson Kelly PLLC
500 Lee Street, East, Suite 1600
Post Office Box 553
Charleston, West Virginia 25322
Telephone: 304-340-1000
Facsimile:  304-340-1080
laura.lorensen@jacksonkelly.com

**Counsel for West Virginia University Board of Governors**

*/s/ Sean W. Cook (by WGA with permission)*
Sean W. Cook (WVSB # 10432)
309 Dolaron Lane
South Charleston, WV 25309
Telephone: 681-313-9809
swcook1215@gmail.com

**Counsel for Plaintiff**

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Clarksburg Division**

**PAOLO FARAH,**

    **Plaintiff,**

v.     NO     1:22-CV-153 TSK

**WEST VIRGINIA UNIVERSITY
BOARD OF GOVERNORS, SAMUEL TAYLOR,
CODY STEWART, JESSE RICHARDSON,
MAJA HOLMES, KAREN KUNZ,
CHRISTOPHER PLEIN, COREY COLYER,
And LISA DEFRANK-COLE,**

    **Defendants**

## CERTIFICATE OF SERVICE

I, Wendy G. Adkins, hereby certify that on November 15, 2023, I electronically filed the foregoing with the using the CM/ECF system, which will send notification of such filing to the following:

Sean W. Cook
309 Dolaron Lane
South Charleston, WV 25309
swcook1215@gmail.com


*/s/ Wendy G. Adkins*
Wendy G. Adkins, Esquire (WVSB #9412)