**Adkins, Wendy**

| | |
|---|---|
| **From:** | Sean Cook <swcook1215@gmail.com> |
| **Sent:** | Friday, December 22, 2023 5:53 PM |
| **To:** | Adkins, Wendy |
| **Subject:** | Re: Farah |

Agree!

On Fri, Dec 22, 2023 at 4:29 PM Adkins, Wendy <wgadkins@jacksonkelly.com> wrote:

> Sean,
>
> I am fine with pushing your supplementation deadline with your agreement that we may have to push our deadline to file a motion to compel by the same amount of time.   Thanks!
>
> **Wendy Adkins** | Member | **JACKSONKELLY**PLLC
> 3000 Swiss Pine Way, Suite 200 | Morgantown, WV 26501 | www.JacksonKelly.com
> Office: (304) 284-4136 | Fax: (304) 284-4142 | wgadkins@JacksonKelly.com
>
> **JACKSONKELLY**PLLC
>
> CONFIDENTIALITY NOTE: This email message from the law office of Jackson Kelly PLLC is for the sole use of the intended recipient or recipients and may contain confidential and privileged information. Any unauthorized review, use, disclosure, distribution, or other dissemination of this e-mail message and/or the information contained therein is strictly prohibited. If you are not the intended recipient of this e-mail message, please contact the sender by reply e-mail and destroy all copies of the original message.
>
> **From:** Sean Cook <swcook1215@gmail.com>
> **Sent:** Friday, December 22, 2023 5:14 PM
> **To:** Adkins, Wendy <wgadkins@JacksonKelly.com>
> **Subject:** Re: Farah
>
> Hi Wendy! I am sorry I did not reach out to you previously, but Dr. Farah has been out of the country for an extended time and also attending job fairs across the country.  Do you mind if we submit by next Friday? We have the agreed order that allows you to still file a Motion to Compel if necessary, but I hope that we can avoid the necessity to do so.  Thanks and Happy Holidays!
>
> Sean

1

On Fri, Dec 22, 2023 at 4:10 PM Adkins, Wendy <wgadkins@jacksonkelly.com> wrote:

Hi Sean,

Did you e-mail your supplemental discovery responses in Farah yesterday? If so, it did not come through to me. Thanks!

**Wendy Adkins** | Member | **JACKSONKELLY**PLLC
3000 Swiss Pine Way, Suite 200 | Morgantown, WV 26501 | www.JacksonKelly.com
Office: (304) 284-4136 | Fax: (304) 284-4142 | wgadkins@JacksonKelly.com

**JACKSONKELLY**PLLC

CONFIDENTIALITY NOTE: This email message from the law office of Jackson Kelly PLLC is for the sole use of the intended recipient or recipients and may contain confidential and privileged information. Any unauthorized review, use, disclosure, distribution, or other dissemination of this e-mail message and/or the information contained therein is strictly prohibited. If you are not the intended recipient of this e-mail message, please contact the sender by reply e-mail and destroy all copies of the original message.

**From:** Sean Cook <swcook1215@gmail.com>
**Sent:** Friday, December 8, 2023 3:15 PM
**To:** Adkins, Wendy <wgadkins@JacksonKelly.com>
**Subject:** Farah

**EXTERNAL MESSAGE**

Hi Wendy! Do you plan on providing your discovery responses in electronic form? This would be the medium preferred by Plaintiff. Many thanks!

Sean