IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**PAOLO FARAH,**

    **Plaintiff,**

 v.                                                                             **CIVIL NO. 1:22-CV-153**
                                                                                                               **(KLEEH)**

**WEST VIRGINIA UNIVERSITY**
**BOARD OF GOVERNORS et al.,**

    **Defendants.**

### ORDER OF REFERRAL

Pending before the Court is a motion to compel filed by the West Virginia University Board of Governors [ECF No. 60]. Pursuant to 28 U.S.C. § 636 and the Local Rules, the motion is **REFERRED** to Magistrate Judge Michael J. Aloi for disposition. In ruling on the motion, the Magistrate Judge is authorized to consider the record, conduct a hearing if necessary, and do all things proper to render a decision.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to counsel of record and the Honorable Michael J. Aloi, United States Magistrate Judge.

**DATED:** January 23, 2024

                                              */s/ Tom S. Kleeh*
                                      THOMAS S. KLEEH, CHIEF JUDGE
                                      NORTHERN DISTRICT OF WEST VIRGINIA