IN THE UNITED STATES DISRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
CLARKSBURG

**PAOLO FARAH,**

    **Plaintiff.**

v.                                            Civil Action No. 1:22-CV-153
                                                                    (JUDGE KLEEH)

**WEST VIRGINIA UNIVERISTY**
**BOARD OF GOVERNORS, SAMUEL TAYLOR,**
**CODY STEWART, JESSE RICHARDSON,**
**MAJA HOLMES, KAREN KUNZ,**
**CHRISTOPHER PLEIN, COREY COLYER,**
**and LISA DEFRANK-COLE**

    **Defendant.**

**ORDER GRANTING PLAINTIFF'S**
**MOTION TO POSTPONE STATUS CONFERENCE SCHEDULED FOR**
**FEBUARY 1, 2024 AND SETTING PLAINTIFF'S MOTION TO WITHDRAW AS**
**ATTORNEY FOR HEARING [ECF NO. 66]**

    This matter is before the undersigned Magistrate Judge pursuant to a Referral Order [ECF No. 62] entered by Hon. Thomas S. Kleeh, Chief United States District Judge, on January 23, 2024. By this Referral Order, Judge Kleeh referred Defendant's Motion to Compel [ECF No. 60], filed on January 22, 2024, to the undersigned to conduct a hearing and render a decision.

    Upon consideration of Plaintiff's Motion, the undersigned **CONTINUES** the Status Conference on the Motion to Compel [ECF No. 60] set for Thursday, February 1, 2024 at 1:00p.m. to be scheduled at a later date.

    Accordingly, the undersigned hereby **SCHEDULES** a Motion Hearing regarding the Motion to Withdraw [ECF No. 66] for **Wednesday, February 7, 2024 at 2:00 p.m.**, to be

1

conducted remotely by videoconference/teleconference using the undersigned's Zoom videoconferencing credentials.

To join the proceeding, participants may connect either by video or by telephone. Participants can connect by video by using the following link: https://www.zoomgov.com/j/1605681245?pwd=OU1BTDFQUDkraHA4U3Zpd1BIQW0rQT09 . Alternatively, participants may connect by telephone by calling (646) 828 7666, then entering Meeting ID 160 568 1245 and Passcode 43281. If participants have trouble connecting, they may contact the undersigned's Law Clerk directly by calling (304) 623-7172 or sending an e-mail to nakia_ridgeway@wvnd.uscourts.gov.

The Court further **DIRECTS** Counsel for Plaintiff to provide notice to Plaintiff of the above-noted Motion Hearing and advise that the Status Conference has been postponed.

It is so **ORDERED**.

The Clerk of the Court is **DIRECTED** to provide a copy of this Order to any parties who appear *pro se* and all counsel of record, as provided in the Administrative Procedures for Electronic Case Filing in the United States District Court for the Northern District of West Virginia.

It is all so **ORDERED**.

**DATED**: January 31, 2024.

MICHAEL JOHN ALOI
UNITED STATES MAGISTRATE JUDGE