# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

Paolo Farah
*Plaintiff(s)*
v.

West Virginia University Board of Governors
*Defendant(s)*

Civil Action No. 1:22-cv-153

## JUDGMENT IN A CIVIL ACTION

The court has ordered that:

☐ Judgment award   ☐ Judgment costs   ☒ Other

other:

This action was:

☐ tried by jury   ☐ tried by judge   ☒ decided by judge

decided by Judge  Thomas S. Kleeh

WVUBOG's motion for summary judgment is GRANTED.  The motion for sanctions and motions in limine are DENIED AS MOOT.  The entire amended complaint is now DISMISSED WITH PREJUDICE.  The case is STRICKEN from the Court's active docket.

Date:  March 3, 2025

*CLERK OF COURT*
Cheryl Dean Riley
/s/ D. Kinsey

*Signature of Clerk or Deputy Clerk*